# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAYVON R. SCHAFFER

NO. 2021 KW 0388

**JUNE 7, 2021**

---

In Re:     Jayvon R. Schaffer, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1602000-C.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

    **WRIT DENIED.** Relator's postconviction relief claim is without merit on its face. The district court record shows that on March 11, 2019, relator was advised of and voluntarily and intelligently waived his triad of constitutional rights associated with a trial on the manslaughter charges including the right to trial by jury, the right to confront one's accusers at trial, and the privilege against compulsory self-incrimination, otherwise known as the right to remain silent at trial. See La. Code Crim. P. art. 556.1; **Boykin v. Alabama**, 395 U.S. 238, 243, 89 S.Ct. 1709, 1712, 23 L.Ed.2d 274 (1969). Therefore, the district court did not err by summarily denying the application for postconviction relief without ordering the state to file a response and without holding an evidentiary hearing.

VGW
JEW
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT